UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYKENDA RICHARDSON,

                Plaintiff,

-against-

OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,

                Defendants.

24 CIVIL 9649 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the February 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 26, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge